425 A.2d 16

Turner v. Estate of Shakespeare.

Appeal of Shakespeare, Extrx.

Willis v. Shakespeare, Extrx., Appellant.

Argued June 25, 1979. Michael O'Connor, for appellant; Louis Samuel Fine, for Turner, appellee, at No. 2599, Robert C. Nathan, for Tate, appellee, at No. 2599, Charles W. Craven, for Delaware River Port

638

Auth., appellee, at No. 2599; Gerald Garfinkle, for Willis, appellee, at No. 2600.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Orders affirmed.